UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KAMARA ABDULAI BUNDU, | : | Case No. 1:17-cv-612 |
|    Petitioner, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| U.S. ATTORNEY GENERAL, *et al.*, | : | |
|    Defendants. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 11)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on January 4, 2018, submitted a Report and Recommendations. (Doc. 11). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly, **IT IS ORDERED** as follows:

1) Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted.

2) Plaintiff's motion for a stay of removal (Doc. 6) is **DENIED**;

3) The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith and therefore Plaintiff is denied leave to appeal *in forma pauperis*;

1

4) The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** in this Court.

   **IT IS SO ORDERED**.

Date: 5/18/18

*Timothy S. Black*
Timothy S. Black
United States District Judge